UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:08CV-305-H

TRUCK AMERICA TRAINING, LLC,
JAMES W. CARTER, and
DEBORAH K. CARTER                                                   PLAINTIFFS


V.


CITY OF HILLVIEW,
JIM EADENS, MARK EDISON,
RAYMON WILBURN,
OFFICER JEREMY WILSON, and
OFFICER TRAVIS SCHOENLAUB                                           DEFENDANTS

### MEMORANDUM AND ORDER

Plaintiffs, Truck America Training, LLC, et al., have moved for Temporary Restraining

Order ("TRO") to prevent the mayor, city attorney and chief of police of the City of Hillview

from entering on certain property and from issuing citations against Plaintiffs and its instructors,

employees and students.

Plaintiffs' constitutional claims are set against the background of a contract dispute

involving a lease-purchase agreement with the City of Hillview.  Under that agreement,

Plaintiffs agreed to pay $3,500 per month to lease the subject property until such time as certain

other litigation was terminated or settled.  After the occurrence of this contingency, Defendants

appear to have an obligation under the lease-purchase agreement to deliver title to the property

upon Plaintiffs' payment of the agreed purchase price.  Plaintiffs have tendered such payment or

have indicated their willingness to do so.  Defendants have declined to deliver title and have

instead obtained the services of the Hillview Police Department to evict Plaintiffs from the premises without first obtaining a court order.

After Defendants had been served with process in this case, the Court scheduled a hearing on Plaintiffs' request for a TRO.  Even though Defendants received notice of that hearing, none of them or their counsel appeared.  In theory, Defendants were under no obligation to appear and each may have been unable to contact counsel in the short time after service. However, the circumstances as the Court now understands them raise factual and legal issues which cannot be resolved without the appearances of Defendants and their counsel, should they choose to engage such counsel.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that a hearing is set for **3:00 P.M., June 16, 2008**, in the United States District Court, Louisville, Kentucky, on Plaintiffs' motion for a preliminary injunction.

IT IS FURTHER ORDERED that Defendants, Jim Eadens, Mark Edison and Raymon Wilburn shall appear in person and shall bring legal counsel, unless any of them elect to appear *pro se.*

2

cc:    Counsel of Record
       All Defendants of Record